**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| **SCOTTSDALE INDEMNITY COMPANY**, an Ohio corporation,<br>    Plaintiff<br><br>v.<br><br>**INTERNATIONAL RISK PLACEMENT, INC.**, an Illinois corporation, and **LIBERTY CORPORATE CAPITAL LTD.**, incorporated under the laws of England and Wales,<br>    Defendants | **Case Number: 1:23-cv-03063**<br><br>**Judge: Hon. Edmond E. Chang**<br><br>**Magistrate Judge: Hon. Beth W. Jantz** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Scottsdale Indemnity Company, hereby gives notice that it voluntarily dismisses this action without prejudice. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See*, Fed. R. Civ. P. 41(a)(1)(B).

Dated: June 27, 2023                      Respectfully submitted:

                                                **SCOTTSDALE INDEMNITY COMPANY**

                                                By: /s/ Nancy K. Tordai
                                                    One of its Attorneys

Nancy K. Tordai (ARDC # 6182953)
PETERS & NYE LLP
14 Executive Court, Suite 2
South Barrington, IL 60010
Telephone: 847-423-3053
Facsimile: 847-381-1693
Email: nancytordai@petersnye.com